ABRAHAM HOFFMAN AND ANOTHER, RESPONDENTS, *v.* THE UNION FERRY COMPANY OF BROOKLYN, APPELLANT.

APPEAL from a judgment entered on a verdict at the Montgomery Circuit, and from an order denying a motion for a new trial.

The action was brought to recover damages sustained by the plaintiff's canal boat, Milton Hoag, in a collision with the defendant's steam ferry boat, Baltic. On a former trial the complaint was dismissed, and, on appeal to the Court of Appeals, the judgment at the Circuit was reversed, and a new trial was ordered. On this appeal from the judgment entered on the new trial, the General Term was of opinion that the judge at the Circuit had followed the ruling of the Court of Appeals,* and affirmed the judgment and order appealed from.

*Charles Mason*, for the appellant.

*Henry Smith*, for the respondents.

Opinions by LEARNED, P. J., and JAMES, J.

JAMES, J., dissented on the ground that the verdict was against the weight of evidence, and that the court erred in its charge.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment and order affirmed.